IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Wesley, Gregory V | Case Number: 08 B 26869 |
|---|---|---|
| | | Judge: Hollis, Pamela S |
| | Printed: 03/10/09 | Filed: 10/7/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:     Dismissed: January 26, 2009
Confirmed:  None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 0.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 0.00 |
| Other Funds: | | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | BMW Financial Services | Secured | 0.00 | 0.00 |
| 2. | Bronzville Lofts | Secured | 0.00 | 0.00 |
| 3. | Discover Financial Services | Unsecured | 13,187.21 | 0.00 |
| 4. | Resurgent Capital Services | Unsecured | 10,324.39 | 0.00 |
| 5. | National Capital Management | Unsecured | 5,263.48 | 0.00 |
| 6. | ECast Settlement Corp | Unsecured | 14,479.08 | 0.00 |
| 7. | RoundUp Funding LLC | Unsecured | 408.96 | 0.00 |
| 8. | American Express Centurion | Unsecured | 5,667.77 | 0.00 |
| 9. | American Express Centurion | Unsecured | 1,960.24 | 0.00 |
| 10. | ECast Settlement Corp | Unsecured | 1,126.04 | 0.00 |
| 11. | City Of Chicago Dept Of Revenue | Unsecured | 590.00 | 0.00 |
| 12. | ECast Settlement Corp | Unsecured | 998.00 | 0.00 |
| 13. | ECast Settlement Corp | Unsecured | 2,466.05 | 0.00 |
| 14. | Wells Fargo Financial | Unsecured | 910.42 | 0.00 |
| 15. | Indymac Bank | Secured | | No Claim Filed |
| 16. | Indymac Bank | Secured | | No Claim Filed |
| 17. | Indymac Bank | Secured | | No Claim Filed |
| 18. | Chase | Unsecured | | No Claim Filed |
| 19. | Bronzville Lofts | Unsecured | | No Claim Filed |
| 20. | Citibank | Unsecured | | No Claim Filed |
| 21. | DSNB | Unsecured | | No Claim Filed |
| 22. | Hc Processing Center | Unsecured | | No Claim Filed |
| 23. | HSBC | Unsecured | | No Claim Filed |
| 24. | Peoples Energy Corp | Unsecured | | No Claim Filed |
| | | | $ 57,381.64 | $ 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Wesley, Gregory V | Case Number: 08 B 26869 |
| | Judge: Hollis, Pamela S |
| Printed: 03/10/09 | Filed: 10/7/08 |

### TRUSTEE FEE DETAIL

Fee Rate        Total Fees

$ 0.00

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

*[signature]*